IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

WELLS FARGO BANK, N.A.,

          Plaintiff,

   v.

CLUNAS FUNDING GROUP, INC.,
and CLUNAS FUNDING GROUP, INC.,
PROFIT SHARING PLAN,

          Defendants.

3:11-cv-01556-PK

ORDER

Erin M. Stines
FIDELITY NATIONAL LAW GROUP
A Division of Fidelity National Title Group, Inc.
1200 6th Ave., Suite 620
Seattle, WA 98101

    Attorney for Plaintiff

Renee R. Stineman
DUNN CARNEY ALLEN HIGGINS & TONGUE, LLP
851 SW Sixth Ave., Suite 1500
Portland, OR 97204-1357

    Attorney for Defendants

1 - ORDER

HERNANDEZ, District Judge:

Magistrate Judge Paul Papak issued a Findings and Recommendation (dkt. #64) on July 22, 2013, recommending that Plaintiff's motion for summary judgment (dkt. #46) be denied and Defendants' cross motion for summary judgment (dkt. #53) be granted in part and denied in part.

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, I am relieved of my obligation to review the record de novo. United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); see also United States v. Bernhardt, 840 F.2d 1441, 1444 (9th Cir. 1988) (de novo review required only for portions of Magistrate Judge's report to which objections have been made). Having reviewed the legal principles de novo, I find no error.

## CONCLUSION

The Court ADOPTS Judge Papak's Findings and Recommendation (dkt. #64) in its entirety.

IT IS SO ORDERED.

DATED this 22 day of Aug, 2013.

_____
MARCO A. HERNANDEZ
United States District Judge

2 - ORDER